**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CHELSEA DAVIS, | § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. 4:15-CV-00144-ALM-CAN |
| v. | § § | |
| LESLIE D. WARE, ET AL. | § § § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO SEAL

Now before the Court is Defendant's Motion for Sealing Order and Brief in Support [Dkt. 6]. After reviewing the Motion, and all other relevant pleadings, the Court finds the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**, and, that all further filings in this case be made under seal. In addition, all items previously docketed in this case shall be sealed, with the exception of this Order.

**IT IS SO ORDERED.**

**SIGNED this 14th day of July, 2015.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE

ORDER – Page Solo